JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VENEGAS, JR., | Case No. CV 12-05815-RGK (MANx) |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| VS. | |
| CARTERS RETAIL, INC., et al., | |
| Defendant(s). | |

A scheduling conference was on calendar for September 24, 2012 at 9:00 a.m. in this matter. Plaintiff and defendant failed to make the mandatory appearance. No response was filed to the Court's September 24, 2012 Amended Minute Order. Therefore, the matter is dismissed for lack of prosecution for failure of counsel to appear.

**IT IS SO ORDERED.**

Dated: October 1, 2012

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE